Thomas H. Nelson, OSB 783150 (zigzagtom@gmail.com)
20820 E. Glacier View Road
Zigzag, OR  97049
Phone: 503.622.3262 (landline); 503.709.6397 (mobile)

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
### Pendleton Division

| | |
|---|---|
| **TERRENCE WALSTON**, <br><br> Plaintiff, <br><br> v. <br><br> **BRAD CAIN**, *et al.,* <br><br> Defendants. | Case No. 19-cv-00844-YY <br><br> **STIPULATION TO DISMISS COMPLAINT** |

Pursuant to Fed. R. Civ. P 41(A)(1)(a)(ii), counsel for plaintiff and all defendants hereby stipulate to dismiss the pending matter without prejudice.

DATED this 25th day of February, 2020.

| | |
|---|---|
| /s/ Robert E. Sullivan <br> Sr. Ass't Attorney General <br> Civil Litigation Section, Trial Division <br> Oregon Department of Justice <br> 1162 Court Street <br> Salem, OR <br> Tel: 503.947.4700 <br> Attorney for All Defendants | /s/ *Thomas H. Nelson* <br> Thomas H. Nelson, OSB 783150 <br> zigzagtom@gmail.com <br> 20820 E. Glacier View Road <br> Zigzag, OR  97049 <br> Attorney for Plaintiff |